# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSICA BROWN, | : |
| Plaintiff, | : |
| v. | : Case No. 1:17-cv-02277 |
| SWC GROUP LP and<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS | : |
| Defendants. | : |

## MOTION TO SEAL DOCUMENTS

COMES NOW, Your Plaintiff, and files this Motion to Seal Documents, and show the Court as follows:

On May 28, 2018, Plaintiff filed Supplement Initial Disclosures, ECF 51. Some of the information in the exhibits to the supplemental initial disclosures is privileged and should not be disclosed to the general public. Thus, Plaintiff requests that the Court seal those exhibits.

This 29th day of March, 2018.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C-1 Highway 96 #347
Kathleen, GA 31047
Telephone 478-254-1018
Facsimile: 888-526-1575
cc@cliffcarlsonlaw.com

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that I filed the above and foregoing with the Clerk of the Court and that such paper complies with Local Rule 5.1 and was prepared using a typeface of 14 points in Times New Roman.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JESSICA BROWN, | : |
| Plaintiff, | : |
| v. | : Case No. 1:17-cv-02277 |
| SWC GROUP LP and<br>CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS | : |
| Defendants. | : |

## Certificate of Service

I hereby certify that on this date I electronically filed the foregoing Certificate of Service using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 29th day of March, 2018.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503