IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SWC GROUP LP, *et al.*,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:17-cv-2277-LMM-JKL |

## **ORDER**

This matter is presently before the Court on Plaintiff Jessica Brown's Motion to Seal Documents. [Doc. 52.] Plaintiff seeks to seal each exhibit to her supplemental initial disclosures [Doc. 51] because "[s]ome of the information in the exhibits to the supplemental initial disclosures is privileged and should not be disclosed to the general public" [Doc. 52]. Those exhibits exceed 150 pages, and the Court cannot be expected to sift through the exhibits to determine which ones contain information that should be sealed. [Docs. 51-1 to 51-8.] Moreover, upon a preliminary review of the exhibits, the Court cannot identify which ones might contain "privileged" communications. It appears that Plaintiff's husband is a

lawyer and communicated with some creditors on her behalf, but those communications with other persons are not privileged simply because he is an attorney.  *See Meade v. Gen. Motors, LLC*, 250 F. Supp. 3d 1387, 1391 (N.D. Ga. 2017) ("The party invoking the attorney-client privilege bears the burden of proving that (1) an attorney-client relationship existed, (2) that a confidential communication was made to or from (3) an attorney who has been retained for the purpose of securing legal advice or assistance.").

The motion to seal is therefore **DENIED WITHOUT PREJUDICE**.  [Doc. 52.]  If Plaintiff renews her motion, she should identify the specific exhibits she seeks to place under seal and explain why she believes those exhibits should be sealed.  Furthermore, to the extent that the information she does not want disclosed to the public can be redacted from the exhibits, she should attach redacted versions of the exhibits she seeks to seal to her renewed motion to seal.

IT IS SO ORDERED this 30th day of May, 2018.

_____
JOHN K. LARKINS III
United States Magistrate Judge