FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 3 0 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BROWN, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| SWC GROUP LP, | No. 1:17-cv-2277-LMM |
| Defendant. | |

**VERDICT FORM**

We, the Members of the Jury, find the following (please answer the following questions):

(1) Do you find that Plaintiff proved by a preponderance of the evidence that the account in question represented a consumer debt?

Answer: ___✓___ Yes    _____ No

*[If you answered "Yes," to question #1, proceed to question #2. If you answered "No," to question #1 then do not answer any further questions and complete the bottom of the verdict form.]*

(2) Do you find that Plaintiff proved by a preponderance of the evidence that Defendant violated the Fair Debt Collection Practices Act and the Georgia Fair Business Practices Act?

Answer: ___✓___ Yes    _____ No

[*If you answered "Yes," to question #2, proceed to question #3. If you answered "No," to question #2 then do not answer any further questions and complete the bottom of the verdict form.*]

(3) Do you find that Plaintiff proved by a preponderance of the evidence that Defendant's violations, if any, were intentional?

Answer: _____ Yes      ✓ No

[*Proceed to next question regardless of your answer to question #3.*]

(4) Do you find that Plaintiff should be awarded damages to compensate her for emotional pain and mental anguish?

Answer: ✓ Yes      _____ No

If your answer is "Yes," indicate the amount: $ 5,500.00

[*Proceed to next question regardless of your answer to question #4.*]

(5) Do you find that the Plaintiff should be awarded statutory damages to compensate her for the invasion of her statutory rights?

Answer: ✓ Yes      _____ No

If your answer is "Yes," indicate the amount (up to $1,000): $ 500.00

[*Please have the Foreperson sign and date below.*]

SO SAY WE ALL, this 30 day of JANUARY, 2020.

_____
FOREPERSON